

**SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS' ANSWER TO COMPLAINT**

**STIPULATION**

3        June 30, 2006

ATER WYNNE LLP
LAWYERS
601 UNION STREET, SUITE 5450
SEATTLE, WA 98101-2327
(206) 623-4711

Stephen J. Kennedy  Christine M. Masse
WSBA #16341        WSBA # 29372

**ORDER**

IT IS June 30, 2006.



Stephen J. Kennedy
WSBA # 16341

[PROPOSED]

06 June 09 NW Pipeline C06-5181 Second Stip Ord Ext Time for Def Answer.DOC

ATER WYNNE LLP
LAWYERS
601 UNION STREET, SUITE 5450
SEATTLE, WA 98101-2327
(206) 623-4711

1  LLP

2
   Christine M. Masse
3       WSBA # 29372

4
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED]
06 June 09 NW Pipeline C06-5181 Second Stip Ord Ext Time for Def Answer.DOC

ATER WYNNE LLP
LAWYERS
601 UNION STREET, SUITE 5450
SEATTLE, WA 98101-2327
(206) 623-4711

# CERTIFICATE OF SERVICE



_Stephen J. Kennedy_

[PROPOSED]

06 June 09 NW Pipeline C06-5181 Second Stip Ord Ext Time for Def Answer.DOC

ATER WYNNE LLP
LAWYERS
601 UNION STREET, SUITE 5450
SEATTLE, WA 98101-2327
(206) 623-4711