The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NORTHWEST PIPELINE CORPORATION, a Delaware corporation,

    Plaintiff,

v.

CITY OF CENTRALIA; et al.,

    Defendants.

Civil No. 3:06-cv-05181-FDB

STIPULATION AND ORDER OF DISMISSAL AND DISBURSING FUNDS FROM COURT REGISTRY

**(Clerk's Action Required)**

## **STIPULATION**

The undersigned parties, hereby stipulate and agree as follows:

1. Pursuant to FRCP 41(a)(1), this case has settled as between plaintiff Northwest Pipeline Corporation and defendant City of Centralia, and their claims against one another should be dismissed with prejudice and without costs to any party. There being no remaining claims by any party against any other party, this case may be dismissed.

2. On June 19, 2006, plaintiff Northwest Pipeline Corporation deposited $46,610.58 into the Court's registry. The full amount, plus interest and minus any statutory user's fees, may be released by the Clerk of the Court to the City of Centralia, in care of Stephen J. Kennedy, Ater Wynne LLP, 5450 Two Union Square, 601 Union Street, Seattle, Washington 98101-2352, in full satisfaction and settlement of this dispute.

STIPULATION AND ORDER OF DISMISSAL AND
DISBURSING FUNDS FROM COURT REGISTRY - 1
Civil No. cv-05181-FDB
SEADOCS:236470.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

1   IT IS SO STIPULATED this 2nd day of August, 2006.

2

3  MILLER NASH LLP                                    ATER WYNNE LLP

4

5  /s/ Christine M. Masse                             /s/ Stephen J. Kennedy
   Brooks E. Harlow, WSB No. 11843                    Stephen J. Kennedy
6  Christine M. Masse, WSB No. 29372                  WSB No. 16341

7      Attorneys for Plaintiff                            Attorneys for Defendant
       Northwest Pipeline Corporation                     City of Centralia
8

9                                      **ORDER**

10  Based on the parties' stipulation as described above, it is hereby ORDERED,

11  ADJUDGED, AND DECREED that:

12  All claims by plaintiff Northwest Pipeline Corporation and defendant City of

13  Centralia against one another are dismissed with prejudice and without costs to any party.  There

14  being no remaining claims by any party against any other party, the Clerk is directed to dismiss

15  this case.

16  IT IS FURTHER ORDERED THAT the Clerk of the Court is authorized and

17  directed to draw a check on the funds on deposit in the registry of this Court in the principal

18  amount of $46,610.58 plus all accrued interest, minus any statutory user's fees, payable to The

19  City of Centralia, 118 W. Maple Street, P.O. Box 609, Centralia, Washington  98531, and mail

20  the check to Stephen J. Kennedy, Ater Wynne LLP, 5450 Two Union Square, 601 Union Street,

21  Seattle, Washington 98101-2352.

22  DATED this 16th day of August 2006.

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL AND
DISBURSING FUNDS FROM COURT REGISTRY - 2
Civil No. cv-05181-FDB
SEADOCS:236470.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON  98101-2352

|   |   |
|---|---|
| 1 | |
| 2 | *[signature]* |
| 3 | |
| 4 | FRANKLIN D. BURGESS<br>UNITED STATES DISTRICT JUDGE |

Presented by:

MILLER NASH LLP

s/Christine M. Masse
Brooks E. Harlow
WSB No. 11843
Christine M. Masse
WSB No. 29372

    Attorney for Plaintiff
    Northwest Pipeline Corporation

**Approved as to form, notice of presentation waived:**

ATER WYNNE LLP

/s/ Stephen J. Kennedy
Stephen J. Kennedy
WSB No. 16341

    Attorneys for Defendant
    City of Centralia

STIPULATION AND ORDER OF DISMISSAL AND
DISBURSING FUNDS FROM COURT REGISTRY - 3
Civil No. cv-05181-FDB
SEADOCS:236470.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

| | |
|---|---|
| 1 | I hereby certify that on the 2nd day of August, 2006, I electronically filed the |
| 2 | foregoing with the Clerk of the Court using the CM/ECF System which will send notification of |
| 3 | such filing to the following: |
| 4 | Stephen J. Kennedy |
| 5 | Email: sjk@aterwynne.com |

/s/ Christine M. Masse
Christine M. Masse
WSB. No. 29372
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2352
Phone:  (206) 622-8484
Fax:  (206) 622-7485
Email:  christine.masse@millernash.com

Attorneys for Plaintiff
Northwest Pipeline Corporation

Certificate of Service
Civil No. cv-05181-FDB

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON  98101-2352